[This opinion has been published in *Ohio Official Reports* at 68 Ohio St.3d 305.]

HARKOM ET AL., APPELLANTS AND CROSS-APPELLEES, *v*. OHIO POWER COMPANY, APPELLEE AND CROSS-APPELLANT.

[Cite as *Harkom v. Ohio Power Co.*, 1994-Ohio-538.]

*Torts—Negligence—Compensatory damages and loss of consortium awards reinstated—Punitive damages award vacated.*

(No. 92-2479—Submitted January 11, 1994—Decided February 16, 1994.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Stark County, No. CA-8714.

————————————

*Spangenberg, Shibley, Traci, Lancione & Liber*, *Ellen Simon Sacks* and *James A. Marx*, for appellants and cross-appellees.

*Day, Ketterer, Raley, Wright & Rybolt*, *James R. Blake* and *Merle D. Evans III*, for appellee and cross-appellant.

————————————

{¶ 1} The judgment of the court of appeals is reversed. The awards of $500,000 for compensatory damages and $200,000 for loss of consortium are reinstated. The award of $500,000 for punitive damages is vacated on the authority of *Preston v. Murty* (1987), 32 Ohio St.3d 334, 512 N.E.2d 1174.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

————————————